Martinez Law Office
1434 Third Street # 3C
Napa, CA 94559

Clear Form

**FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BZ

Alejandro Magana )
 )
 )
                    Plaintiff )   CASE NO. CV 08-3264
 )
vs. )   APPLICATION TO PROCEED
Caryl Ann Cooper )   **IN FORMA PAUPERIS**
 )   (Non-prisoner cases only)
 )
                    Defendant. )

I, Alejandro Magana, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                                Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or        Yes ____ No ✓

8          self employment?

9      b.    Income from stocks, bonds,        Yes ____ No ✓

10          or royalties?

11      c.    Rent payments?        Yes ____ No ✓

12      d.    Pensions, annuities, or        Yes ____ No ✓

13          life insurance payments?

14      e.    Federal or State welfare payments,        Yes ____ No ✓

15          Social Security or other govern-

16          ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.    Are you married?        Yes ____ No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27      b.    List the persons other than your spouse who are dependent upon you for support

28          and indicate how much you contribute toward their support. (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.    Do you own or are you buying a home?       Yes ___ No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?                  Yes ___ No ___

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.    Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $ _____

14  Do you own any cash?  Yes ✓ No ___ Amount: $ 1,500

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)                                    Yes ___ No ✓

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ 250                          Utilities: _____

20  Food: $ 50                           Clothing: 50

21  Charge Accounts:

22  Name of Account            Monthly Payment            Total Owed on This Account

23  _____NA_____           $ _____              $ _____

24  _____NA_____           $ _____              $ _____

25  _____           $ _____              $ _____

26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  Hospital      OVER $10,000.00 due to accident

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NONE

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/28/08                                    /s/ Manuel Magana
DATE                                       SIGNATURE OF APPLICANT

- 4 -