MARTIN JAMES MARTINEZ
California State Bar Number: 97713

Martinez Law Office
1434 Third Street
Suite 3 C
Napa, CA 94559
Telephone: (707)251-9383
Fax: 707-251-9386
Attymar@sbcglobal.net

Attorney for Plaintiff,

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MANUEL ALEJANDRO MAGANA ) | CASE NUMBER: **cv-08-3264-bz** |
| Plaintiff, ) | |
| ) | AMENDMENT TO COMPLAINT |
| v.s. ) | |
| ) | |
| CARYL ANN CORDER ) | |
| Defendant ) | |

    The plaintiff, having designated the defendant in the complaint by the incorrect name of Caryl Ann Cooper, and having discovered the true name of the defendant to be Caryl Ann Corder, hereby amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

Dated: July 29, 2008

                                                      _____
                                                      Martin James Martinez
                                                      Attorney for plaintiff

*Amendment to Complaint for Damages*

1 **<u>ORDER</u>**

2 The court orders the amendment approved and filed.

4 Dated:

_____
United States Magistrate